**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

PATRICIA KENNEDY,

    Plaintiff,

v.                                                                    Case No: 8:18-cv-525-T-30TGW

ORION BEACH DEVELOPMENT V LLC,

    Defendant.

## **ORDER**

THIS CAUSE comes before the Court upon Defendant's Motion to Dismiss (Dkt. 32) and Plaintiff's Memorandum in Opposition (Dkt. 33). For a third time, the Court is tasked with determining whether Plaintiff Patricia Kennedy's ("Kennedy") complaint meets the threshold pleading standards. Defendant Orion Beach Development V LLC ("Gulf Towers") moves to dismiss Kennedy's third amended complaint, this time because (1) Kennedy does not allege that the websites at issue are public accommodations; (2) Kennedy does not allege that she was deprived of full and equal enjoyment of Gulf Towers' hotel; and (3) Kennedy's disability did not prevent her from learning information about the hotel. Because Kennedy alleged that the websites have a nexus to the hotel, and provide access to the hotel, she was not required to allege that the websites are public accommodations. The hotel is a sufficient public accommodation for the basis of her claim. As for Gulf Towers' other arguments, the Court concludes that Kennedy's third amended complaint meets the pleading standard.

Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1. Defendant's Motion to Dismiss (Dkt. 32) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida, this 7th day of February, 2019.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record